IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

NANCY MELINDA ORR,
    *Pro se* Plaintiff,

v.                                                           Civil Action No. 3:22cv54 (DJN)

LIBRARY OF VIRGINIA,
    Defendant.

## ORDER
### (Requiring Ghostwriting Form)

This matter comes before the Court on *pro se* Plaintiff Nancy Orr's ("Plaintiff") Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1.) In filing her Motion (ECF No. 1), Plaintiff failed to attach a Ghostwriting Form in accordance with Local Rule 83.1(M), which the Court requires to be filed with every *pro se* submission, stating that she did not receive assistance in preparing the document. Accordingly, the Court hereby ORDERS Plaintiff to file with the Court the Ghostwriting Form accompanied by a statement that she has not received assistance in preparing any filing in this case, no later than February 21, 2022. To that end, the Clerk is hereby DIRECTED to enclose a copy of the Ghostwriting Form with this Order when it is forwarded to Plaintiff.

The failure to strictly comply with the Court's directive and with applicable rules will result in DISMISSAL of this action for failure to prosecute under Federal Rule of Civil

Procedure 41(b).

Let the Clerk file a copy of this Order electronically, notify all counsel of record and send a copy to Plaintiff at her address of record, with a copy of the Ghostwriting Form enclosed.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 31, 2022