United States District Court
Eastern District of Virginia


Nancy Melinda Orr
   Plaintiff,

    v.                               Case No: 3:22-cv-00054

The Library of Virginia
   Defendant.


I, Nancy Melinda Orr, the plaintiff in the above Civil Complaint against The Library of Virginia – submit this request to dismiss my above complaint. Please accept this notification as my notice of withdrawal of the above civil case # 3:22-cv-00054.

*Nancy M. Orr*
Nancy Melinda Orr
February 25, 2022

